WILLIAMS *v.* THE CENTRAL RAILROAD & BANKING CO.

Although some errors were committed at the trial, yet, as the verdict was demanded by the evidence, there was no error in denying a new trial.          *Judgment affirmed.*

April 16, 1894. Argued at the last term.

Action for damages. Before Judge GUERRY. Clay superior court. March term, 1893.

W. A. SCOTT and R. E. KENNON, for plaintiff.

J. H. GUERRY, J. D. RAMBO, JOHN R. COOPER and HOOD & MOYE, for defendant.

---

